# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50457 | **DATE** | 10/13/2005 |
| **CASE TITLE** | Smith, et al vs. Kuntzelman | | |

**DOCKET ENTRY TEXT:**

For the reasons stated in the attached Memorandum Opinion and Order, Plaintiffs' Motion to Strike Opinions and Reports of Dr. Soriano (or Compelling Production of a Complete Testimony List) is denied in part and granted in part. Defendant is to produce Dr. Soriano's 2001 and 2004 1099's or a complete 26(a)(2) report by November 11, 2005. Plaintiffs' Motion to Extend Time for Discovery is denied, except as to the production of 1099's or a complete 26(a)(2) report by November 11, 2005. If 1099's are to be produced by Defendant, an Agreed Protective Order is to be submitted to the court by November 4, 2005. Defendant's Motion to Quash and Defendant's Motion to Strike are denied. Defendant's Motion to Disqualify is denied.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|